IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DSC LOGISTICS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:09cv2331 |
| | ) | |
| MONICA L. WHITE, et al. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF CHANGE OF ADDRESS

COMES NOW, W. Wright Mitchell, attorney of record for Plaintiff, DSC Logistics, and hereby notifies this Court of his change of address:

> W. Wright Mitchell, Esq.
> Constangy, Brooks & Smith, LLP
> 230 Peachtree Street, NW
> Suite 2400
> Atlanta, GA 30303-1557
> (404) 230-6728 direct dial
> (404) 525-8266 main
> (404) 525-6955
> wmitchell@constangy.com

Respectfully submitted this 28th day of August, 2009.

CONSTANGY, BROOKS & SMITH, LLP

s/ W. Wright Mitchell
W. Wright Mitchell
Georgia Bar No. 513680

230 Peachtree Street, NW
Suite 2400
Atlanta, GA 30303-1557
Phone (404) 230-6728
Facsimile (404) 525-6955
wmitchell@constangy.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DSC LOGISTICS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MONICA L. WHITE, et al. )<br>)<br>Defendant. )<br>_____ ) | Case No. 1:09cv2331 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of August, 2009, I filed the foregoing *Notice of Change of Address* via the CM/ECF system, which will send email notification to all counsel of record, as well as by sending a copy of same via U.S. Mail, postage pre-paid and addressed as follows:

>Robert Nathan Marx, Esq.
>Marx & Marx
>5555 Glenridge Connector, Suite 200
>Atlanta, GA  30342

>CONSTANGY, BROOKS & SMITH, LLP


>s/ W. Wright Mitchell
>W. Wright Mitchell
>Georgia Bar No. 513680

230 Peachtree Street, NW
Suite 2400
Atlanta, GA 30303-1557
Phone (404) 230-6728
Facsimile (404) 525-6955