

# CONSTANGY, BROOKS & SMITH, LLP
BILLING DEPARTMENT
P. O. BOX 102476
ATLANTA, GEORGIA 30368-0476
TELEPHONE (404) 525-8622 • FACSIMILE (404) 525-6955
Tax ID # 58-0616335

| | |
|---|---|
| DSC LOGISTICS | **Invoice Number** 288765 |
| ATTN: VERLYN SUDERMAN | **Invoice Date** 09/15/2009 |
| 1750 SOUTH WOLF ROAD | Client Number 27508 |
| DES PLAINES, IL 60018 | Matter Number 46259 |

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2009

REGARDING: DSC LOGISTICS V. JOHN DOE
ATLANTA, GA

## BILLING DETAIL

| DATE | ATTORNEY | HOURS |
|---|---|---|

27508   DSC LOGISTICS
46259   DSC LOGISTICS V. JOHN DOE
           ATLANTA, GA
Invoice Date   09/15/2009
Invoice Number   288765
Page Number   7

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 08/26/09 | FRANK L BUTLER,III<br>Conducted legal research on issues regarding removal and remand. Reviewed notice of removal of John Doe lawsuit. | .40 |
| 08/27/09 | WILLIAM M CLIFTON,III<br>Research and drafting of motion to remand | 4.00 |
| 08/27/09 | W JONATHAN MARTIN,II<br>Conduct legal research and develop strategy regarding removal to federal court. | 1.20 |
| 08/27/09 | ALYSSA MORRIS<br>Developed defense strategy regarding removal. Conducted legal research regarding motion to remand. | 7.60 |
| 08/27/09 | FRANK L BUTLER,III<br>Developed strategy regarding responding to removal of case. Conducted legal research on removal and remand issues. Check status of removed case on PACER. | 1.60 |
| 08/28/09 | WILLIAM M CLIFTON,III<br>Document review, legal research and drafting of motion to remand. | 2.30 |

27508   DSC LOGISTICS
46259   DSC LOGISTICS V. JOHN DOE
           ATLANTA, GA
Invoice Date     09/15/2009
Invoice Number  288765
Page Number     8

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 08/28/09 | ALYSSA MORRIS<br>Draft motion to remand and conducted legal research regarding same. | 7.00 |
| 08/28/09 | FRANK L BUTLER,III<br>Developed strategy regarding issues relating to remand and subsequent state court proceedings. Check status of removed case on PACER. | .90 |
| 08/31/09 | WILLIAM M CLIFTON,III<br>Research and drafting of motion to remand. | 2.40 |
| 08/31/09 | W JONATHAN MARTIN,II<br>Develop strategy regarding motion to remand and review file regarding factual support for same. | .40 |
| 08/31/09 | ALYSSA MORRIS<br>Draft motion to remand. | 7.80 |

| Initials | Name | Rate |
|---|---|---|
| JLT | JEFFERY L THOMPSON | $ 353.00 |
| WMC | WILLIAM M CLIFTON,III | $ 322.00 |
| WJM | W JONATHAN MARTIN,II | $ 309.00 |
| WWM | W. WRIGHT MITCHELL | $ 306.00 |
| APM | ALYSSA MORRIS | $ 180.00 |
| FLB | FRANK L BUTLER,III | $ 333.00 |
| JS | JANET SHOENFELT | $ 146.00 |

# CONSTANGY, BROOKS & SMITH, LLP
BILLING DEPARTMENT
P. O. BOX 102476
ATLANTA, GEORGIA 30368-0476
TELEPHONE (404) 525-8622 • FACSIMILE (404) 525-6955
Tax ID # 58-0616335

| | |
|---|---|
| DSC LOGISTICS<br>ATTN: VERLYN SUDERMAN<br>1750 SOUTH WOLF ROAD<br>DES PLAINES, IL 60018 | **Invoice Number** 290377<br>**Invoice Date** 10/08/2009<br>Client Number 27508<br>Matter Number 46259 |

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2009

REGARDING: DSC LOGISTICS V. JOHN DOE
ATLANTA, GA

## BILLING DETAIL

| DATE | ATTORNEY | HOURS |
|---|---|---|
| 09/01/09 | WILLIAM M CLIFTON,III<br>Revise motion to remand. | 3.00 |
| 09/01/09 | ALYSSA MORRIS<br>Conference with co-counsel regarding defense strategy for reply brief. | .40 |
| 09/02/09 | WILLIAM M CLIFTON,III<br>Research and drafting of motion to remand. | 3.30 |
| 09/02/09 | W JONATHAN MARTIN,II<br>Conduct legal research regarding removal action. Review motion to remand and develop strategy regarding same. | 1.20 |

27508   DSC LOGISTICS
46259   DSC LOGISTICS V. JOHN DOE
          ATLANTA, GA
Invoice Date      10/08/2009
Invoice Number  290377
Page Number    3

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 09/02/09 | ALYSSA MORRIS<br>Reviewed and revised motion for remand. Conducted legal research regarding motion to remand. | 5.80 |
| 09/03/09 | WILLIAM M CLIFTON,III<br>Revise motion to remand. | .50 |
| 09/03/09 | W JONATHAN MARTIN,II<br>Edit and revise motion to remand. File and serve same. Develop strategy regarding litigation. | 1.80 |
| 09/03/09 | ALYSSA MORRIS<br>Reviewed and revised motion to remand. | 1.30 |
| 09/03/09 | FRANK L BUTLER,III<br>Developed strategy regarding removal issues. Reviewed motion to remand and supporting documents. Developed strategy regarding motion to remand. | 1.20 |
| 09/04/09 | WILLIAM M CLIFTON,III<br>Develop strategy for reply brief in support of motion to remand. | .40 |

27508   DSC LOGISTICS
46259   DSC LOGISTICS V. JOHN DOE
           ATLANTA, GA
Invoice Date     10/08/2009
Invoice Number  290377
Page Number     4

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 09/22/09 | WILLIAM M CLIFTON,III<br>Review response to motion to remand and develop strategy for replying to same. legal research for same. | 1.80 |
| 09/22/09 | ALYSSA MORRIS<br>Devised defense strategy. Conducted legal research regarding response motion. | .80 |
| 09/22/09 | FRANK L BUTLER,III<br>Reviewed M. White's response to motion to remand. Developed strategy regarding reply brief in response to motion to remand. | 1.00 |
| 09/23/09 | WILLIAM M CLIFTON,III<br>Legal research for reply in support of motion to remand. | 1.90 |

| | | |
|---|---|---|
| 27508 | DSC LOGISTICS | |
| 46259 | DSC LOGISTICS V. JOHN DOE | |
| | ATLANTA, GA | |
| Invoice Date | 10/08/2009 | |
| Invoice Number | 290377 | |
| Page Number | 5 | |

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 09/23/09 | ALYSSA MORRIS<br>Conducted legal research for reply brief. | 4.20 |
| 09/24/09 | ALYSSA MORRIS<br>Draft response brief. | 3.30 |
| 09/25/09 | WILLIAM M CLIFTON,III<br>Research and drafting of reply brief in support of motion to remand. | 4.50 |
| 09/25/09 | W JONATHAN MARTIN,II<br>Review legal research and develop strategy regarding reply brief. | 1.20 |
| 09/25/09 | ALYSSA MORRIS<br>Draft response brief. | 6.80 |
| 09/28/09 | WILLIAM M CLIFTON,III<br>Draft reply brief in support of motion to remand. | 3.00 |
| 09/28/09 | W JONATHAN MARTIN,II<br>Review, edit and revise reply brief. | 1.30 |
| 09/28/09 | ALYSSA MORRIS<br>Draft response brief. | 3.90 |

27508 DSC LOGISTICS
46259 DSC LOGISTICS V. JOHN DOE
ATLANTA, GA
Invoice Date 10/08/2009
Invoice Number 290377
Page Number 6

| | | |
|---|---|---|
| WMC | WILLIAM M CLIFTON,III | $ 322.00 |
| WJM | W JONATHAN MARTIN,II | $ 309.00 |
| WWM | W. WRIGHT MITCHELL | $ 306.00 |
| APM | ALYSSA MORRIS | $ 180.00 |
| FLB | FRANK L BUTLER,III | $ 333.00 |

# CONSTANGY, BROOKS & SMITH, LLP
BILLING DEPARTMENT
P. O. BOX 102476
ATLANTA, GEORGIA 30368-0476
TELEPHONE (404) 525-8622 • FACSIMILE (404) 525-6955
Tax ID # 58-0616335

| | |
|---|---|
| DSC LOGISTICS | **Invoice Number** 292281 |
| ATTN: VERLYN SUDERMAN | **Invoice Date** 11/05/2009 |
| 1750 SOUTH WOLF ROAD | Client Number 27508 |
| DES PLAINES, IL 60018 | Matter Number 46259 |

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2009

REGARDING: DSC LOGISTICS V. JOHN DOE
ATLANTA, GA

## BILLING DETAIL

| DATE | ATTORNEY | HOURS |
|---|---|---|
| 10/01/09 | WILLIAM M CLIFTON, III<br>Revise reply in support of motion to remand. | .60 |
| 10/01/09 | W JONATHAN MARTIN, II<br>Edit and revise reply brief. Review cases and develop strategy regarding same. | 1.70 |
| 10/01/09 | ALYSSA MORRIS<br>Conducted legal research regarding sanctions. Reviewed and revised response brief. | 4.60 |

27508    DSC LOGISTICS
46259    DSC LOGISTICS V. JOHN DOE
           ATLANTA, GA
Invoice Date    11/05/2009
Invoice Number  292281
Page Number    3

| Date | Attorney / Description | Hours |
|---|---|---|
| 10/05/09 | ALYSSA MORRIS<br>Reviewed and revised reply brief and correspondence with client regarding same. Preparation of litigation budget. | 1.50 |
| 10/07/09 | WILLIAM M CLIFTON, III<br>Draft reply brief. | .90 |
| 10/07/09 | W JONATHAN MARTIN, II<br>Develop strategy regarding revisions to reply brief regarding motion to remand. | .50 |
| 10/08/09 | W JONATHAN MARTIN, II<br>Review correspondence regarding Reply Brief, finalize, serve and file same. | .40 |
| 10/08/09 | ALYSSA MORRIS<br>Reviewed and revised reply brief for motion to remand. | .50 |

27508    DSC LOGISTICS
46259    DSC LOGISTICS V. JOHN DOE
           ATLANTA, GA
Invoice Date    11/05/2009
Invoice Number    292281
Page Number    4

| | | |
|---|---|---|
| WJM | W JONATHAN MARTIN,II | $ 309.00 |
| WWM | W. WRIGHT MITCHELL | $ 306.00 |
| APM | ALYSSA MORRIS | $ 180.00 |